No. 94–6232. PRATT v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 94–6241. GREEN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–6271. BRACEWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6278. ORTIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6279. WALLIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6284. RANGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6304. GOMEZ v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 94–6325. BARNES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6329. STEPHENS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–6330. WILEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6332. PEREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6334. BRANDT v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 94–6338. PASTO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6344. BERMUDEZ v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 94–6352. NICHOLS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6353. MCKINNON v. UNITED STATES. Ct. App. D. C. Certiorari denied.